In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00381-CV**
_____

**BAPTIST PHYSICIANS NETWORK AND JENNIFER WEBER, Appellants**

**V.**

**BETTE COOK AND MICHAEL COOK, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTORS OF THE ESTATE OF JACOB R. COOK, DECEASED, AND JORDANNA COOK, INDIVIDUALLY AND AS NEXT FRIEND OF J.C., A MINOR, Appellees**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-203,164**

**MEMORANDUM OPINION**

Appellants filed a motion to dismiss this appeal. This motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2019
Opinion Delivered December 12, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.